IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVERETT GRISSOM,

      Petitioner,                     No. CIV S-09-0040 KJM P

   vs.

MIKE KNOWLES,

      Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00); he has filed a request for additional time in which to submit his in forma pauperis request. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time in which to submit his application to proceed in forma pauperis (docket no. 4) is granted and petitioner is granted thirty days in which to submit an affidavit in support of his request to proceed in forma pauperis; petitioner's failure to comply with this order will result in the dismissal of this action; and

1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district.
3 DATED: January 16, 2009.

_____
U.S. MAGISTRATE JUDGE

6 /md
gris0040.101a

2