IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVERETT GRISSOM,

    Petitioner,                    No.  2:09-cv-0040 JAM KJN P

    vs.

MIKE KNOWLES,

    Respondent.                <u>ORDER</u>

                                 /

        Petitioner has requested an extension of time to file objections to the March 25, 2010 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 15, 2010 request for extension of time is granted; and

        2. Petitioner shall file objections to the March 25, 2010 findings and recommendations within thirty dates from the date of this order.

DATED:  April 22, 2010

                                              /s/ Kendall J. Newman
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

gris0040.111